## VERIFICATION UNDER PENALTY OF PERJURY

My name is Alvin Haynes, and I am the Chief Information Officer of Plaintiff W&T Offshore, Inc. in the above captioned case and have authorized the filing of this Emergency Application for Extension of Temporary Restraining Order and Temporary Injunction (the "Application"). I have reviewed the factual allegations made in the Application, and the allegations of which I have personal knowledge are true and correct. As to those allegations of which I do not have personal knowledge, I relied on information or documents provided to me and believe them to be true. I verify under penalty of perjury that the foregoing is true and correct.

EXECUTED on September 15, 2022.

_____
Alvin Haynes