**UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
**ENTERED**
September 15, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| W&T Offshore, Inc., | § | |
| | § | |
| *versus* | § | Civil Action 4:22−cv−03149 |
| | § | |
| All About IT, Inc., et al. | § | |

## Order Setting Hearing

1.      A hearing will be held before Lynn N Hughes on

September 15, 2022
at 02:00 PM
Courtroom 11−C, Eleventh Floor
United States Court House
515 Rusk Avenue
Houston, Texas 77002.

2.      To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

3.      Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4.      The court will consider motions, narrow issues, inquire about and resolve expected motions, interrogate counsel, and schedule discovery. Counsel are to consult among themselves about these matters well in advance.

Signed on September 15, 2022, at Houston, Texas.

Lynn N. Hughes      USDJ
United States District Judge