## Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ Matar  ☑ Ren |
| DATE | 09/15/22 |
| TIME | 2:14 p.m. — 6:15 p.m. |
| CIVIL ACTION | 4:22 — cv — 03149 |
| STYLE | W&T Offshore, Inc.<br>*versus*<br>All About IT, Inc.; Secure Cloud, LLC |

DOCKET ENTRY

☐ Conference  ☑ Hearing  Day ____  ☐ Bench  ☐ Jury Trial    Reporter: O. Smith

George Hittner, Benjamin Hall, Alvin Haynes, and Daniel Mayerfeld    for Plaintiff

Ethan Gibson, Emily Gilmore, Ray Rodriguez, and Jost Lunstroth    for Defendant

☑ Evidence taken [exhibits, testimony]: _____
☑ Argument heard on: _____
☐ Motions taken under advisement: _____
☑ Order to be entered.
☐ Internal review set: _____
☑ Rulings rendered on: PTC set for 3:30 pm on 09/16/22

09-2021