Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ Matar  ☑ Ren |
| DATE | 09/16/22 |
| TIME | 3:45 p.m. — 5:00 p.m. |
| CIVIL ACTION | 4:22 - cv - 03149 |
| STYLE | W & T Offshore, Inc. versus All About IT, Inc. and Secure Cloud, LLC |

DOCKET ENTRY

☐ Conference  ☑ Hearing  Day ____  ☐ Bench  ☐ Jury Trial   Reporter: K. Miller

George Hittner, Daniel Mayerfeld, Alvin Haynes, and Jonathan Curth _____ for Plaintiff

Ethan Gibson, Scott Ellis, Ray Rodriguez _____ for Defendant

_____ for _____

☐ Evidence taken [exhibits, testimony]: _____
☑ Argument heard on: Per-day cost of transition services
☐ Motions taken under advisement: _____
☑ Order to be entered.
☑ Internal review set: 01·16·2023
☐ Rulings rendered on: _____

09-2021