**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T Offshore, Inc. | § | |
| | § | |
| *versus* | § | Case Number: 4:22–cv–03149 |
| | § | |
| All About IT, Inc., et al. | § | |

## Notice of Reassignment

    Pursuant to General Order No. 2023–3, this case is reassigned to the docket of United States District Judge Drew B Tipton. Deadlines in scheduling orders remain in effect.

Date: February 13, 2023

Nathan Ochsner, Clerk